■

MITCHELL ETTMAN, Respondent, v. PARCTON BUILDING CORP., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. [See *ante,* p. 897.]

■

In the Matter of BALDWIN GARDENS, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 892.]

■

In the Matter of VINCENT J. COLUCCI et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Motion to certify, pursuant to section 593 of the Civil Practice Act, that a constitutional question is directly involved granted. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 964; *post,* p. 1103.]

■

In the Matter of JOHN J. DUGAN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and MARY MANGINO, Intervener, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 282 App. Div. 767.]

■

In the Matter of the Arbitration between FAMOUS REALTY, INC., Appellant, and WILLIAM SAVAGE, INC., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for stay denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ. [See *ante,* p. 957.]

■

In the Matter of the Application of BROOKLYN BAR ASSOCIATION. MICHAEL LEKACOS, an Attorney.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

■

TOWN OF SOMERS, Respondent, v. EDWIN B. COVEY, as Committee of the Person and Property of NORA BRAINARD, an Incompetent, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, entered April 12, 1954, properly made as a matter of law? The decision and order of this court were made as a matter of law and not in the exercise of discretion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See *ante,* p. 883.]